**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In Re:

LINZY DENVER TURNER
PAMELA ANN TURNER
3007 GASTON WEBBS CHAPEL ROAD
LINCOLNTON, NC  28092

Case No: 05-32423

SSN#1 - XXX-XX-9279
SSN#2 - XXX-XX-2195

Judge: George R. Hodges

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was
Commenced on 06/13/2005

The Plan was
Confirmed on 08/04/2005

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS: Amounts paid to Trustee by or for the Debtors for the benefit of Creditors: $39,900.00
Plan Base = $39,900.00

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 2,314.80 | 2,314.80 | |
| 1 | | GEOFFREY A PLANER | B-Base Attorney Fee(s) | 665.00 | 665.00 | 0.00 |
| 2 | | GEOFFREY A PLANER | B-Base Attorney Fee(s) | 535.00 | 535.00 | 0.00 |
| 4 | | CHERRYVILLE FEDERAL SAVINGS | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 6 | | WASHINGTON MUTUAL BANK FA | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 5 | | WASHINGTON MUTUAL BANK FA | N-Mortgage/Lease Arrears | 0.00 | 0.00 | 0.00 |
| 3 | | CHERRYVILLE FEDERAL SAVINGS | N-Mortgage/Lease Arrears | 0.00 | 0.00 | 0.00 |
| 7 | | BANK OF AMERICA | U-Unsecured | 13,685.44 | 9,944.44 | 0.00 |
| 8 | | ECAST SETTLEMENT CORP | U-Unsecured | 17,725.14 | 12,879.89 | 0.00 |
| 9 | | JP MORGAN CHASE BANK NA | U-Unsecured | 4,737.95 | 3,442.80 | 0.00 |
| 10 | | PORTFOLIO RECOVERY ASSOCIATES LLC | U-Unsecured | 4,464.57 | 3,244.16 | 0.00 |
| 11 | | LVNV FUNDING LLC | U-Unsecured | 4,741.68 | 3,445.53 | 0.00 |
| 12 | | ECAST SETTLEMENT CORP | U-Unsecured | 4,700.21 | 3,415.38 | 0.00 |
| 13 | | GASTON COUNTY | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 14 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 15 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 16 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 17 | | INTERNAL REVENUE SERVICE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 18 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | Totals | $53,569.79 | $39,887.00 | $0.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

Case No.  05-32423    LINZY DENVER TURNER & PAMELA ANN TURNER

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on  August 02, 2010.

/s/  Warren L. Tadlock

Warren L. Tadlock, Trustee

L.   Long

Office of the Chapter 13 Trustee

LINZY DENVER TURNER & PAMELA ANN TURNER, 3007 GASTON WEBBS CHAPEL, ROAD  LINCOLNTON, NC  28092

Total Served: 1